

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-116-CV

IN RE DANIEL HARMON                                          RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed as moot. We have been informed by the trial court that it ruled on relator's "motion to compel production of documents" on June 11, 2009. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED: June 19, 2009

---

[1] See Tex. R. App. P. 47.4.